# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

```
* * * * * * * * * * * * * * * * * * *  *
MARK T. MOORE,                         *
                                       *   No. 18-1317V
            Petitioner,                *   Special Master Christian J. Moran
                                       *
v.                                     *   Filed: September 23, 2020
                                       *
SECRETARY OF HEALTH                    *   Stipulation; Tdap vaccine;
AND HUMAN SERVICES,                    *   Guillain-Barré syndrome
                                       *   ("GBS").
                                       *
            Respondent.                *
* * * * * * * * * * * * * * * * * * *  *
```

Summer P. Abel, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner;
Christine M. Becer, United States Dep't of Justice, Washington, DC, for Respondent.

### UNPUBLISHED DECISION[1]

On September 23, 2020, the parties filed a joint stipulation concerning the petition for compensation filed by Mark T. Moore on August 28, 2018. Petitioner alleged that the tetanus-diphtheria-acellular pertussis ("Tdap") vaccine he received on August 9, 2017, which is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), caused him to suffer Guillain-Barré syndrome. Petitioner further alleges that he suffered the residual effects of this injury for more than six months. Petitioner represents that there has been no prior award or settlement of a civil action for damages on his behalf as a result of his condition.

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

Respondent denies that the vaccines either caused or significantly aggravated petitioner's alleged injury or any other injury, and denies that petitioner's current disabilities are the result of a vaccine-related injury.

Nevertheless, the parties agree to the joint stipulation, attached hereto. The undersigned finds said stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

Damages awarded in that stipulation include:

**A lump sum payment of $107,000.00 in the form of a check payable to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment in case 18-1317V according to this decision and the attached stipulation.[2]

**IT IS SO ORDERED**.

s/Christian J. Moran<br>
Christian J. Moran<br>
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.